UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ASATA D. LOWE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 3:22-CV-159-KAC-JEM |
| | ) | |
| MIKE PARRIS, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order filed herewith, the Court **DENIED** Petitioner's petition for writ of habeas corpus as a second or successive petition and **DISMISSED** this action **WITH PREJUDICE**. The Court further **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous and accordingly **DENIED** Petitioner leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. Civ. P 24. Accordingly, it is appropriate to enter Judgment.

    **SO ORDERED.**

                                            s/ Katherine A. Crytzer
                                            KATHERINE A. CRYTZER
                                            United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT